RECEIVED
JAN 24 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DERECK TAYLOR JR., Plaintiff | CIVIL ACTION NO. 1:17-CV-0999-P |
| VERSUS | JUDGE JAMES T. TRIMBLE JR. |
| MARY DOGGETT, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 15), and after a de novo review of the record including the objection filed by Plaintiff (Doc. 16), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the complaint is hereby DENIED AND DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 24th day of January, 2018.

JAMES T. TRIMBLE JR.
UNITED STATES DISTRICT JUDGE